AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

GEORGE CARPENTER,

        Plaintiff,

V.

COMMISSIONER OF SOCIAL SECURITY

        Defendant.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 10-5762 (WJM)

    Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

    IT IS ORDERED that the application is:

    ☒ GRANTED and

    ☒ The clerk is directed to file the complaint, and

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

    ☐ DENIED, for the following reasons:

_____
_____
_____

On this 15 day of November, 2010

                                        /s/ William J. Martini
                                        WILLIAM J. MARTINI, U.S.D.J.

Plaintiff may submit a filing fee of $350.00 within 30 days of this Order to reopen this case.